Sharon Maxwell
Chapter 7 Trustee
177 North Church Ste 625
Tucson, AZ 85701
(520) 623-7401

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| ELDERCARE OPERATING FOUNDATION | ) | Case No. 99-04986-TUC-JMM |
| dba THE VILLA MARIA NURSING HOME | ) | |
| | ) | NOTICE OF LODGING PROPOSED |
| Debtor. | ) | FORM OF ORDER (TO PAY CLERK |
| | ) | OF COURT $16,910.76 REPRESENTING |
| | ) | WAGES DUE UNKNOWN CLAIMANTS |

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 9022-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Arizona, the proposed form of Order attached hereto as Exhibit "A" was lodged with the United States Bankruptcy Court this 10th day of October, 2009.

/s/ Sharon Maxwell
Sharon Maxwell, Trustee

Copies of the foregoing to be electronically noticed by BNC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 |
| ELDERCARE OPERATING FOUNDATION<br>dba THE VILLA MARIA NURSING HOME | CASE NO. 99-04986-TUC-JMM |
| Debtor(s) | ORDER TO PAY DIVIDEND<br>OF $16,910.76 (UNCLAIMED<br>WAGES) TO CLERK OF<br>THE COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $16,910.76 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code. Such amount represents wages due to unknown wage claimants, and records no longer exist to identify such claimants.

_____  _____
DATE                    JAMES M MARLAR
                        UNITED STATES BANKRUPTCY JUDGE